**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 4 2023

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ROBERT-LESLIE PUBLISHING, LLC,

     *Plaintiff,*

v.

MACMILLAN PUBLISHING GROUP, LLC,

     *Defendants.*

Civ. Action No. 3:23-cv-177-BSM

**COMPLAINT AND**
**JURY TRIAL DEMANDED**

This case assigned to District Judge **Miller**
and to Magistrate Judge **Ervin**

Plaintiff Robert-Leslie Publishing, LLC ("RLP"), by and through its undersigned attorneys, by way of its Complaint against Defendant Macmillan Publishing Group, LLC ("Macmillan"), alleges and states as follows:

### NATURE OF THE ACTION

1.    This is an action arising under the Trademark Act of 1946, 15 U.S.C. § 1051, *et seq.*, for infringement of federally registered trademarks in violation of 15 U.S.C. § 1114; infringement and for false descriptions and representations, false designation of origin, and unfair competition in violation of 15 U.S.C. § 1125(a); and for related claims of unfair competition and trademark infringement in violation of RLP's rights at common law.

### THE PARTIES

2.    Plaintiff Robert-Leslie Publishing, LLC is a limited liability company organized and existing under the laws of the State of Delaware, having a principal place of business located at 250 County Road 744, Jonesboro, Arkansas 72401.

3.    Upon information and belief, Defendant Macmillan Publishing Group, LLC is a limited liability company organized and existing under the laws of the State of New York, having a principal place of business located at 120 Broadway, New York, NY 10271.

1

## JURISDICTION AND VENUE

4.      This Court has original subject matter jurisdiction over this Complaint pursuant to 28 U.S.C. §§ 1331, 1338 and 1367 as this action arises under the trademark laws of the United States, 15 U.S.C. § 1051, *et seq*.

5.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because Macmillan is transacting and doing business within this judicial district, is committing the acts complained of herein within this judicial district, has otherwise directed its illegal conduct complained of herein to this judicial district and is subject to the jurisdiction of this District, and/or a substantial part of the events or omissions giving rise to the claims herein occurred in this District.

6.      This Court has personal jurisdiction over Macmillan because Macmillan has been conducting continuous and systematic business within the State of Arkansas and within the boundaries of this District by promoting, advertising, offering for sale, and selling its goods and services. Further, Macmillan has caused harm and committed the unlawful acts hereinafter complained of in this District, and RLP, with its principal place of business and primary office located in Jonesboro, Arkansas, has suffered harm in this District as a direct result of Macmillan's conduct.

## FACTUAL BACKGROUND

**A.      RLP and Its INVESTIGATOR CLUB Marks**

7.      Founded in 2005, RLP is an early learning company dedicated to inspiring learning, creativity, and critical thinking among children. RLP has established itself as an award-winning early childhood brand in the educational and consumer marketplaces.

8.      RLP's founders invested their own time, effort, and resources into researching and choosing a trademark upon which they would build the company's brand. After vast market research and careful due diligence, RLP created and invested in the "InvestiGator Club" marks

for its children's books and associated educational products and services ("the InvestiGator Club Marks").

9.      Building upon children's natural curiosity by promoting inquiry and discovery, the InvestiGator Club books and learning system are centered around stories featuring its group of characters, including whimsical, cartoon-type alligators Cordelia "Dilly" Gator, JT Gator, and Great Auntie Lu, as they solve mysteries, tackle problems, and investigate their world.

10.     Over the last 18 years, RLP and its team of early childhood researchers, authors, teachers, and publishing professionals have developed the InvestiGator Club products into an ever-growing series of characters, stories, and learning products, which have garnered great recognition and accolades nationwide from children, teachers, parents, and early childhood experts.

11.     RLP is the owner of U.S. Trademark Registration Nos. 3,545,762 and 3,548,779 for the INVESTIGATOR CLUB word mark and design in connection with, *inter alia*, children's books and related educational goods and services (individually and collectively, "the RLP Registrations"):



True copies of the Certificates of Registration are annexed hereto as **Exhibits A and B**, respectively.

3

12.     The RLP Registrations have achieved incontestable status and are valid and subsisting and were valid and subsisting at all times affecting the matters complained of herein, and constitute *prima facie* or conclusive evidence of RLP's exclusive right to use the InvestiGator Club Marks in commerce in connection with the specified goods and services.

13.     RLP has been and is the sole owner and proprietor of all right, title, and interest in and to the RLP Registrations.

14.     As a result of its hard-earned reputation for providing the highest quality goods and services, RLP and its InvestiGator Club Marks have become widely known and respected throughout the United States by educators, parents, and children, who have come to identify RLP as the source of products and services associated with the InvestiGator Club Marks.

15.     Indeed, RLP's InvestiGator Club has received numerous awards and recognition including: 2010 Dr. Toy Award, 2010 Creative Child Magazine's Product of the Year Award, 2010 Creative Child Magazine's Preferred Choice Award,  2010 Creative Child Magazine's Seal of Excellence, 2014 American Association of Publishers Golden Lamp Revere Award, 2014 American Association of Publishers Distinguished Achievement Revere Award,  2015 American Association of Publishers Beyond the Classroom – Supplemental Curriculum Revere Award, 2015 Creative Child Magazine's Media of the Year Award, 2016 Teachers' Choice Award For the Family, 2023 EdTech Cool Tool Finalist, 2023 Creative Child Magazine's Activity Kit of the Year Award – Kids Educational Activity Packs, 2023 Creative Child Magazine's Travel Fun of the Year Award, 2023 Creative Child Magazine's Product of the Year Award, 2023 Creative Child Magazine's Preferred Choice Award.

16.     The InvestiGator Club curriculum has even been approved for use and adopted in schools throughout the United States, including Arkansas, Delaware, Florida School Readiness,

Florida VPK, Georgia, Illinois, Louisiana (Tier 1), Maryland, Minnesota, Nebraska, North Carolina, Pennsylvania, Rhode Island, South Carolina, Texas, and Virginia.

17.    Accordingly, RLP's InvestiGator Club books and related educational products and services are widely recognized by the purchasing public throughout the United States to be of the highest quality such that the InvestiGator Club Marks the goodwill associated therewith are of inestimable value to RLP.

**B.    Macmillan's Unlawful Activities**

18.    Upon information and belief, in or about February 2020, nearly 15 years after RLP's adoption and commencement of use of the InvestiGator Club Marks, and without RLP's authorization, Macmillan, in an attempt to piggyback off of the success of RLP and its InvestiGator Club Marks, began publishing a series of children's books under the confusingly similar InvestiGators mark ("the Infringing Mark"):



19.    Upon information and belief, in or about February 2023, Macmillan published the first volume in a second InvestiGators book series, titled "InvestiGators: Agents of S.U.I.T.", upon which it uses a circular design showcasing its main alligator characters holding a magnifying glass, each of which are key elements of RLP's design mark covered by the RLP Registrations.



20.    Upon information and belief, Macmillan's InvestiGators series—and second "InvestiGators: Agents of S.U.I.T." series—currently comprises seven books, with two new books set to release within the next year. A true and correct copy of the webpage <https://us.macmillan.com/series/investigators> showing the current and future books in Macmillan's InvestiGators series (collectively, "the Infringing Products") is attached hereto as **Exhibit C**.

21.     Upon information and belief, the Infringing Products offered in connection with the Infringing Mark are identical, related, complementary, or similar to RLP's goods and services bearing the InvestiGator Club Marks and are offered and sold to the same consumers to whom goods and services bearing the InvestiGator Club Marks are offered and sold.

22.     The likelihood of confusion of Macmillan's InvestiGators mark with RLP's InvestiGator Club Marks is obvious—not only are the nearly-identical marks used on competitive goods for the same target audience, but the marks create a very similar commercial impression, highlighted by the prominent display of a magnifying glass illustration with each party's marks, the use of whimsical, cartoon-style alligators as the primary characters, and the entire premise of the stories revolving around solving investigations.

23.     Just one of many examples of the more obvious visual similarities contributing to the overall commercial impression of the associated marks is shown below:



24.     These similarities have the potential to create a false impression that Macmillan's Infringing Products originate from RLP, to deceive customers, or to cause confusion as to the

origin or affiliation of Macmillan with RLP's goods and services. The fact that both RLP's goods and services and Macmillan's Infringing Products are targeted to the same audience, namely, children and their parents and teachers adds to this likelihood of confusion.

25.     Macmillan's adoption and use of the Infringing Mark was, and continues to be, without permission or authority of RLP and such use has been and continues to be in a manner that is likely to cause confusion.

26.     This unauthorized use of the Infringing Mark is likely to create the false impression and lead others to mistakenly believe that Macmillan's business and the products it offers in connection with the Infringing Mark originate from or are in some way associated with, sponsored, authorized or endorsed by, or related to RLP.

27.     Upon information and belief, Macmillan selected and decided to use and commenced using the Infringing Mark with knowledge or in reckless disregard of the InvestiGator Club Marks.

28.     By letter dated April 10, 2023, RLP put Macmillan on notice of its infringement.

29.     Upon information and belief, Macmillan's acts are willful with the deliberate intent to trade on the goodwill of RLP's trademark rights, cause confusion and deception in the marketplace, and divert sales of RLP's goods to Macmillan.

30.     Macmillan's acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to RLP and to its valuable reputation and goodwill for which RLP has no adequate remedy at law.

## COUNT I
### (15 U.S.C. § 1114 – Federal Trademark Infringement)

31.     RLP repeats and incorporates by reference the allegations set forth in Paragraphs 1–30, inclusive, as if fully set forth herein.

32.     This claim arises under the provisions of the Trademark Act of 1946, 15 U.S.C. § 1051 *et seq.*, particularly under 15 U.S.C. § 1114(1), and alleges the infringement of a registered trademark.

33.     RLP is the owner of the RLP Registrations for children's books and related goods and services.

34.     Macmillan's unauthorized use of the Infringing Mark in connection with the Infringing Products that are identical, related, complementary, or similar to goods covered by the RLP Registrations is likely to cause confusion, mistake and deception.

35.     The activities of Macmillan complained of herein constitute willful and intentional infringement of the RLP Registrations. Such activities are likely to cause confusion, mistake and deception as to the source or origin of Macmillan's Infringing Products and falsely suggest that Macmillan and its Infringing Products are sponsored by, connected to, or associated with RLP.

36.     Macmillan's wrongful use of the Infringing Mark is knowing, deliberate, and willful. These knowing, deliberate, and willful acts include, without limitation, Macmillan's continued use of the Infringing Mark despite actual notice that such use infringed RLP's rights.

37.     Macmillan has caused, is causing and, unless enjoined, will continue to cause irreparable harm and damage to RLP and its business, reputation and goodwill, and has caused RLP to suffer monetary damages in an amount not thus far determined.

38.     RLP is entitled to, among other relief, injunctive relief and an award of actual damages, Macmillan's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117.

## COUNT II
## (15 U.S.C. § 1125 – Federal Unfair Competition)

39.     RLP repeats and incorporates by reference the allegations set forth in Paragraphs 1–38, inclusive, as if fully set forth herein.

40.     This claim arises under the provisions of the Trademark Act of 1946, 15 U.S.C. § 1051 *et seq.*, particularly under 15 U.S.C. § 1125(a), and alleges the use in commerce of false designations of origin, false descriptions, and false representations.

41.     Upon information and belief, Macmillan has used and continues to use the Infringing Mark with the express intent to cause confusion and mistake, to deceive and mislead the purchasing public, to trade upon the reputation of RLP and to improperly appropriate RLP's valuable trademark rights.

42.     Macmillan's unauthorized use of the Infringing Mark is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of the Infringing Products, and is likely to cause consumers to believe, contrary to fact, that the Infringing Products are sold, authorized, endorsed, or sponsored by RLP or that Macmillan is in some way affiliated with or sponsored by RLP.

43.     Macmillan's wrongful use of the Infringing Mark is knowing, deliberate, and willful. These knowing, deliberate, and willful acts include, without limitation, Macmillan's continued use of the Infringing Mark despite actual notice that such use infringed RLP's rights.

44.     Macmillan's use of the Infringing Mark has caused and, unless enjoined, will continue to cause irreparable harm and damage to RLP and its business, reputation and goodwill and has caused RLP to suffer monetary damages in an amount not thus far determined.

45.     RLP is entitled to, among other relief, injunctive relief and an award of actual damages, Macmillan's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117.

## COUNT III
### (State Law Trademark Infringement – Ark. Code Ann. § 4-71-216)

46.     Plaintiff repeats and incorporates by reference the allegations set forth in Paragraphs 1–45, inclusive, as if fully set forth herein.

47.     This claim arises under the law of this State relating to trademark infringement, namely Ark. Code Ann. §§ 4-71-212 – 217(2020).

48.     Macmillan's aforesaid acts constitute infringement, imitation and misappropriation of RLP's InvestiGator Club Marks in violation of RLP's common law trademark rights under the law of the State of Arkansas.

49.     Macmillan's unauthorized use of the Infringing Mark is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of the Infringing Products, and is likely to cause consumers to believe, contrary to fact, that the Infringing Products are sold, authorized, endorsed, or sponsored by RLP or that Macmillan is in some way affiliated with or sponsored by RLP.

50.     Upon information and belief, Macmillan intentionally appropriated the InvestiGator Club Marks and the goodwill associated therewith by using the Infringing Mark with the intent of causing confusion, mistake, and deception as to the source of origin, relationship, sponsorship, or association of Macmillan's Infringing Products.

51.     Macmillan's wrongful use of the Infringing Mark is knowing, deliberate, and willful. These knowing, deliberate, and willful acts include, without limitation, Macmillan's continued use of the Infringing Mark despite actual notice that such use infringed RLP's rights.

11

52.     Macmillan's aforesaid acts have caused and, unless enjoined, will continue to cause irreparable harm and damage to RLP and its business, reputation and goodwill and has caused RLP to suffer monetary damages in an amount not thus far determined.

**COUNT IV**
**(Common Law Trademark Infringement and Unfair Competition)**

53.     Plaintiff repeats and incorporates by reference the allegations set forth in Paragraphs 1–52, inclusive, as if fully set forth herein.

54.     This claim arises under the common law of this State relating to trademark infringement and unfair competition.

55.     Macmillan's aforesaid acts constitute infringement, imitation and misappropriation of RLP's InvestiGator Club Marks in violation of RLP's rights under the common law of the State of Arkansas.

56.     Macmillan's unauthorized use of the Infringing Mark is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of the Infringing Products, and is likely to cause consumers to believe, contrary to fact, that the Infringing Products are sold, authorized, endorsed, or sponsored by RLP or that Macmillan is in some way affiliated with or sponsored by RLP.

57.     Upon information and belief, Macmillan intentionally appropriated the InvestiGator Club Marks and the goodwill associated therewith by using the Infringing Mark with the intent of causing confusion, mistake, and deception as to the source of origin, relationship, sponsorship, or association of Macmillan's Infringing Products.

58.     Macmillan's wrongful use of the Infringing Mark is knowing, deliberate, and willful. These knowing, deliberate, and willful acts include, without limitation, Macmillan's continued use of the Infringing Mark despite actual notice that such use infringed RLP's rights.

59.    Macmillan's aforesaid acts have caused and, unless enjoined, will continue to cause irreparable harm and damage to RLP and its business, reputation and goodwill and has caused RLP to suffer monetary damages in an amount not thus far determined.

**PRAYER FOR RELIEF**

**WHEREFORE**, RLP prays for this Court to grant the following relief:

A.    Entry of a judgment against Macmillan, finding that Macmillan has infringed RLP's rights in the federally registered trademarks for the InvestiGator Club Marks under 15 U.S.C. § 1051 *et seq.*;

B.    Preliminary and permanent injunctive relief restraining Macmillan and its officers, directors, partners, employees, agents, servants and attorneys and those persons in active concert or participation with them, from:

1.    Using the Infringing Mark, the InvestiGator Club Marks or any colorable imitation thereof in connection with the offering, selling, advertising or promoting the sale of any goods or services or from otherwise using the InvestiGator Club Marks or any marks confusingly similar thereto;

2.    Infringing the InvestiGator Club Marks;

3.    Unfairly competing with RLP; and

4.    Using in connection with the sale of any goods or services or the dissemination or distribution of advertising, promotional or marketing materials, a false or misleading description or representation including words or other symbols tending to deceive or cause confusion with RLP or the InvestiGator Club Marks;

C.    An award of all profits resulting from Macmillan's infringing activities and unfair competition and that such an award of profits be trebled as provided for under 15 U.S.C. § 1117, due to Macmillan's willful and intentional violation of RLP's rights under the Lanham Act;

D.    An award of all monetary damages sustained by RLP resulting from Macmillan's infringing activities and unfair competition;

E.    An award of the costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1117; and

F.    Such other and further relief as this Court may deem just and proper.

## DEMAND FOR JURY TRIAL

In accordance with Rule 38 of the Federal Rules of Civil Procedure, Plaintiff respectfully demands a jury trial of all issues triable to a jury in this action.

Dated:                                         Respectfully submitted,


WRIGHT LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
(501) 371-0808
FAX: (501) 376-9442
mlowry@wlj.com
abaker@wlj.com


By: _____
        Meredith K. Lowry (2005232)
        Adrienne L. Baker (2007159)


        Amy B. Goldsmith (NY 2042547)

14

(*Pro Hac Vice* to be filed)
Chandler Sturm (NY 5786256)
(*Pro Hac Vice* to be filed)

1350 Broadway
New York, NY 10018
agoldsmith@tarterkrinsky.com
csturm@tarterkrinsky.com
Phone: 212-216-8000

EXHIBIT A

Int. Cls.: **9, 16, 28, 35, 38 and 41**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, 102, 104 and 107**

Reg. No. 3,545,762

## United States Patent and Trademark Office

Registered Dec. 16, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# INVESTIGATOR CLUB

ROBERT-LESLIE PUBLISHING LLC (DELA-WARE LIMITED LIABILITY COMPANY)
1007 CHURCH STREET
EVANSTON, IL 60201

FOR: COMPUTER SOFTWARE FOR A LESSON PLANNING, MANAGEMENT, ASSESSMENT AND ACHIEVEMENT PROGRAM USED BY INDIVIDUAL TEACHERS AND SCHOOLS RELATED TO READING, WRITING, MATHEMATICS, SCIENCE, CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY; CHILDREN'S EDUCATIONAL COMPUTER SOFTWARE FOR USE IN THE FIELDS OF READING, WRITING, MATHEMATICS, SCIENCE, CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND DEVELOPMENT; PRE-RECORDED CD'S AND DVD'S FOR CHILDREN FOR USE IN THE FIELDS OF READING, WRITING, MATHEMATICS, SCIENCE, CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY, MUSIC AND MOVEMENT; MAGNIFYING GLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

FOR: FICTION BOOKS, CHILDREN'S NON-FICTION BOOKS, CHILDREN'S ACTIVITY BOOKS, WORKBOOKS, PICTURE BOOKS, POSTERS, ART PRINTS, INDIVIDUAL CARDS, SETS OF CARDS, ALL OF THE FOREGOING ON A VARIETY OF TOPICS, NAMELY, ORAL LANGUAGE DEVELOPMENT, PHONOLOGICAL LANGUAGE DEVELOPMENT, LEARNING THE ENGLISH LANGUAGE FOR SECOND-LANGUAGE LEARNERS, LEARNING THE ALPHABET, LEARNING MATH, LEARNING SCIENCE, LEARNING THE CREATIVE ARTS,

SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY; PRINTED PARENT GUIDES IN THE FIELD OF SCHOOL READINESS, PRINTED TEACHER GUIDES IN THE FIELD OF SCHOOL READINESS AND ASSESSMENT, PRINTED TEACHER GUIDES ON A VARIETY OF TOPICS, NAMELY, ORAL LANGUAGE DEVELOPMENT, PHONOLOGICAL LANGUAGE DEVELOPMENT, LEARNING THE ENGLISH LANGUAGE FOR SECOND-LANGUAGE LEARNERS, LEARNING THE ALPHABET, LEARNING MATH, LEARNING SCIENCE, LEARNING THE CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY; PRINTED MODEL LESSONS FOR TEACHERS ON A VARIETY OF TOPICS, NAMELY, ORAL LANGUAGE DEVELOPMENT, PHONOLOGICAL LANGUAGE DEVELOPMENT, LEARNING THE ENGLISH LANGUAGE FOR SECOND-LANGUAGE LEARNERS, LEARNING THE ALPHABET, LEARNING MATH, LEARNING SCIENCE, LEARNING THE CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY; PRINTED FAMILY WELCOME GUIDE PROVIDING INFORMATION ABOUT EDUCATIONAL GOODS AND SERVICES; ALPHABET FLASH CARDS, MATH FLASH CARDS, ART POSTERS, WRITE-ON/WRITE-OFF POSTERS; ADHESIVE NOTE PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

FOR: PUPPETS; PAPER DOLLS; MANIPULATIVE PUZZLES, JIGSAW PUZZLES, KITS CONTAINING VARIOUS COMBINATIONS OF EDUCATIONAL GAME DEVICES, NAMELY, RIGID BOARDS WITH MULTIPLE MOVABLE SECTIONS FOR TEACHING THE ALPHABET, COLORS, SHAPES, READING

AND MATHEMATICS TO CHILDREN, FOR DIS-PLAYING STORIES, GRAPHS, PROBLEMS AND SOLUTIONS TO CHILDREN, AND FOR IMPROV-ING CHILDREN'S EYE-HAND COORDINATION AND FINE MOTOR SKILLS, PICTURE BOOKS AND ALPHABET CARDS; INDIVIDUAL GAME BOARDS AND SETS OF GAME BOARDS IN THE NATURE OF EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES; MAGNETIC LEARN-ING TOYS, NAMELY, MAGNETIC COUNTING STRIPS IN THE FORM OF NUMBERS, MAGNETS IN THE FORM OF LETTERS, MAGNETS IN THE FORM OF NUMBERS, MAGNETIC PLASTIC FOAM FIGURES PERSONIFYING LETTERS OF THE AL-PHABET AND MAGNETIC PLASTIC FOAM FIG-URES PERSONIFYING NUMBERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

FOR: MAIL ORDER BOOK CLUB SERVICE FEA-TURING BOOKS, CDS, DVDS, PUPPETS, MAGNETS AND FLASHCARDS FOR CHILDREN AND FA-MILY GUIDES FOR PARENTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

FOR: PROVIDING ON-LINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANS-MISSION OF MESSAGES AMONG USERS RELAT-ING TO THE FIELD OF EDUCATION OF CHILDREN, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

FOR: PROVIDING ON-LINE INFORMATION IN THE FIELD OF EDUCATION TO PARENTS, TEA-CHERS AND SCHOOLS; EDUCATIONAL SERVI-CES, NAMELY, CONDUCTING INFORMAL PROGRAMS FOR CHILDREN IN THE FIELDS OF READING, WRITING, MATHEMATICS, SCIENCE, CREATIVE ARTS, SOCIAL AND EMOTIONAL DE-VELOPMENT, PHYSICAL HEALTH AND DEVEL-OPMENT, SOCIAL STUDIES AND TECHNOLOGY USING ONLINE ACTIVITIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLUB" AS TO THE SERVICES IN INTERNATIONAL CLASSES 35 AND 41, APART FROM THE MARK AS SHOWN.

SER. NO. 77-118,638, FILED 2-28-2007.

AMY HELLA, EXAMINING ATTORNEY

EXHIBIT B

Int. Cls.: 9, 16, 28, 35, 38 and 41

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101, 102, 104 and 107

Reg. No. 3,548,779

## United States Patent and Trademark Office

Registered Dec. 23, 2008

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



ROBERT-LESLIE PUBLISHING LLC (DELA-WARE LIMITED LIABILITY COMPANY)

1007 CHURCH STREET

EVANSTON, IL 60201

FOR: COMPUTER SOFTWARE FOR A LESSON PLANNING, MANAGEMENT, ASSESSMENT AND ACHIEVEMENT PROGRAM USED BY INDIVIDUAL TEACHERS AND SCHOOLS RELATED TO READING, WRITING, MATHEMATICS, SCIENCE, CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY; CHILDREN'S EDUCATIONAL COMPUTER SOFTWARE FOR USE IN THE FIELDS OF READING, WRITING, MATHEMATICS, SCIENCE, CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY; PRE-RECORDED CD'S AND DVD'S FOR CHILDREN FOR USE IN THE FIELDS OF READING, WRITING, MATHEMATICS, SCIENCE, CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY, MUSIC AND MOVEMENT; MAGNIFYING GLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

FOR: FICTION BOOKS, CHILDREN'S NON-FICTION BOOKS, CHILDREN'S ACTIVITY BOOKS, WORKBOOKS, PICTURE BOOKS, POSTERS, ART PRINTS, INDIVIDUAL CARDS, SETS OF CARDS, ALL OF THE FOREGOING ON A VARIETY OF TOPICS, NAMELY, ORAL LANGUAGE DEVELOPMENT, PHONOLOGICAL LANGUAGE DEVELOPMENT, LEARNING THE ENGLISH LANGUAGE FOR SECOND-LANGUAGE LEARNERS, LEARNING THE ALPHABET, LEARNING MATH, LEARNING SCIENCE, LEARNING THE CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY; PRINTED PARENT GUIDES IN THE FIELD OF SCHOOL READINESS, PRINTED TEACHER GUIDES IN THE FIELD OF SCHOOL READINESS AND ASSESSMENT, PRINTED TEACHER GUIDES ON A VARIETY OF TOPICS, NAMELY, ORAL LANGUAGE DEVELOPMENT, PHONOLOGICAL LANGUAGE DEVELOPMENT, LEARNING THE ENGLISH LANGUAGE FOR SECOND-LANGUAGE LEARNERS, LEARNING THE ALPHABET, LEARNING MATH, LEARNING SCIENCE, LEARNING THE CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY; PRINTED MODEL LESSONS FOR TEACHERS ON A VARIETY OF TOPICS, NAMELY, ORAL LANGUAGE DEVELOPMENT, PHONOLOGICAL LANGUAGE DEVELOPMENT, LEARNING THE ENGLISH LANGUAGE

FOR SECOND-LANGUAGE LEARNERS, LEARNING THE ALPHABET, LEARNING MATH, LEARNING SCIENCE, LEARNING THE CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY; PRINTED FAMILY WELCOME GUIDE PROVIDING INFORMATION ABOUT EDUCATIONAL GOODS AND SERVICES; ALPHABET FLASH CARDS, MATH FLASH CARDS, ART POSTERS, WRITE-ON/WRITE-OFF POSTERS; ADHESIVE NOTE PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

FOR: PUPPETS; PAPER DOLLS; MANIPULATIVE PUZZLES, JIGSAW PUZZLES, KITS CONTAINING VARIOUS COMBINATIONS OF EDUCATIONAL GAME DEVICES, NAMELY, RIGID BOARDS WITH MULTIPLE MOVABLE SECTIONS FOR TEACHING THE ALPHABET, COLORS, SHAPES, READING AND MATHEMATICS TO CHILDREN, FOR DISPLAYING STORIES, GRAPHS, PROBLEMS AND SOLUTIONS TO CHILDREN, AND FOR IMPROVING CHILDREN'S EYE-HAND COORDINATION AND FINE MOTOR SKILLS, PICTURE BOOKS AND ALPHABET CARDS; INDIVIDUAL GAME BOARDS AND SETS OF GAME BOARDS IN THE NATURE OF EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES; MAGNETIC LEARNING TOYS, NAMELY, MAGNETIC COUNTING STRIPS IN THE FORM OF NUMBERS, MAGNETS IN THE FORM OF LETTERS, MAGNETS IN THE FORM OF NUMBERS, MAGNETIC PLASTIC FOAM FIGURES PERSONIFYING LETTERS OF THE ALPHABET AND MAGNETIC PLASTIC FOAM FIGURES PERSONIFYING NUMBERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

FOR: MAIL ORDER BOOK CLUB SERVICE FEATURING BOOKS, CDS, DVDS, PUPPETS, MAGNETS AND FLASHCARDS FOR CHILDREN AND FAMILY GUIDES FOR PARENTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

FOR: PROVIDING ON-LINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS RELATING TO THE FIELD OF EDUCATION OF CHILDREN, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

FOR: PROVIDING ON-LINE INFORMATION IN THE FIELD OF EDUCATION TO PARENTS, TEACHERS AND SCHOOLS; EDUCATIONAL SERVICES, NAMELY, CONDUCTING INFORMAL PROGRAMS FOR CHILDREN IN THE FIELDS OF READING, WRITING, MATHEMATICS, SCIENCE, CREATIVE ARTS, SOCIAL AND EMOTIONAL DEVELOPMENT, PHYSICAL HEALTH AND DEVELOPMENT, SOCIAL STUDIES AND TECHNOLOGY USING ONLINE ACTIVITIES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 12-3-2005; IN COMMERCE 12-3-2005.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CLUB", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF ALLIGATOR WITH A MAGNIFYING GLASS OVER HIS EYE AND THE WORDS "INVESTIGATOR CLUB" RIGHT BELOW.

SER. NO. 77-118,154, FILED 2-28-2007.

AMY HELLA, EXAMINING ATTORNEY

EXHIBIT C

 **macmillan** Publishers     Book ˅     Search for books, authors...     🔍 Search

Books ˅     Kids & Teens ˅     Genres ˅     Authors ˅     Publishers ˅

# InvestiGators

Author: John Patrick Green, Christopher Hastings, Pat Lewis

## About this Series

Meet Mango and Brash, the super spy alligator duo in John Patrick Green's goofy graphic novel series InvestiGators. These gumshoe gators travel through the sewers and fight the forces of evil with their Very Exciting Spy Technology and never-failing method of toilet-based traveling. Can the two follow the clues, crack the cases, and catch the criminals in the jaws of justice? Find out in this fun, laugh-out-loud gator sleuth series for kids.


InvestiGators: All Tide Up
By John Patrick Green
Children's Literature


InvestiGators: Heist and Seek
By John Patrick Green
Children's Literature


InvestiGators: Braver and Boulder
By John Patrick Green
Children's Literature


InvestiGators Boxed Set: InvestiGators, Take the Plunge, and Off the Hook
By John Patrick Green
Children's Literature


InvestiGators: Agents of S.U.I.T.
By John Patrick Green and Christopher Hastings, Illustrated by Pat Lewis
Children's Literature


InvestiGators: Agents of S.U.I.T.: From Badger to Worse
By John Patrick Green and Christopher Hastings, Illustrated by Pat Lewis
Children's Literature


InvestiGators
By John Patrick Green
Children's Literature

https://us.macmillan.com/series/investigators                    August 18, 2023









InvestiGators: Take the Plunge
By John Patrick Green
Children's Literature

InvestiGators: Off the Hook
By John Patrick Green
Children's Literature

InvestiGators: Ants in Our
P.A.N.T.S.
By John Patrick Green
Children's Literature

InvestiGators: Braver and
Boulder
By John Patrick Green
Children's Literature

## About the Author



John Patrick Green

John Patrick Green is a human with the human
job of making books about animals with human
jobs, notably the smash-hit graphic novel series
InvestiGators. John is definitely a multiple New

Learn More



Sign Up For Author Alerts

Enter your email to stay up to date on any tours & events in your area as well as
new releases or exciting news related to John Patrick Green.

Your Email Address*

Submit