**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ROBERT-LESLIE PUBLISHING, LLC**                                                  **PLAINTIFF**

**v.**                                **CASE NO. 3:23-CV-00177-BSM**

**MACMILLAN PUBLISHING GROUP, LLC
AND JOHN PATRICK GREEN**                                             **DEFENDANTS**

## ORDER

Pursuant to the parties' stipulation [Doc. No. 80] this case is dismissed with prejudice

and without costs, expenses, or attorneys' fees to any party.  The clerk is directed to close

this case.

IT IS SO ORDERED this 28th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE