**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ROBERT-LESLIE PUBLISHING, LLC**                                       **PLAINTIFF**

**v.**                                 **CASE NO. 3:23-CV-00177-BSM**

**MACMILLAN PUBLISHING GROUP, LLC**
**AND JOHN PATRICK GREEN**                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE